IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

MICHAEL K. DUNN,                    )
                                    )
                    Plaintiff,      )
                                    )
        vs.                         )        No. CIV-12-1241-C
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner, Social Security       )
Administration,                     )
                                    )
                    Defendant.      )

O R D E R

This action for judicial review of the Commissioner's denial of disability insurance

benefits was referred for initial proceedings to United States Magistrate Judge Gary M.

Purcell, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and

Recommendation on October 28, 2013, recommending that the decision of the Commissioner

be affirmed. Plaintiff, through counsel, has timely filed an objection to this report, and the

Court therefore considers the matter de novo.

In his thorough and well-reasoned Report and Recommendation, Judge Purcell sets

out the relevant facts and prevailing law, and no purpose would be served to repeat those

here. In his objection, Plaintiff merely restates the conclusions and legal argument originally

asserted, and raises no issue not fully and accurately addressed and rejected by Judge Purcell.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 19), and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 3rd day of December, 2013.


ROBIN J. CAUTHRON
United States District Judge